IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00490-GCM-DSC

| | |
|---|---|
| JOHN RICHARD LOVE, ERIC SYKES, ROBERT ROY O'BDAY JR., JULISE CAPPS, RICHARD BRANDON WOLF, JORDAN LOVE, CHAD KLOTZ, <br><br>      **Plaintiffs,**<br><br>  v.<br><br>SOUTHERN TRUST MORTGAGE, LLC,<br><br>      **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Ari Karen (ECF No. 31).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Karen is admitted to appear before this court *pro hac vice* on behalf of Defendant Southern Trust Mortgage, LLC.

**IT IS SO ORDERED**.

Signed: January 25, 2022

Graham C. Mullen
United States District Judge