IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00490-GCM-DSC

| | |
|---|---|
| JOHN RICHARD LOVE,<br>ERIC SYKES,<br>ROBERT ROY O'BDAY JR.,<br>JULISE CAPPS,<br>RICHARD BRANDON WOLF,<br>JORDAN LOVE,<br>CHAD KLOTZ,<br><br>    **Plaintiffs,**<br><br> v.<br><br>**SOUTHERN TRUST MORTGAGE, LLC,**<br><br>    **Defendant.** | <u>**ORDER**</u> |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Venycklés Amanda Witts (ECF No. 32).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Ms. Witts is admitted to appear before this court *pro hac vice* on behalf of Defendant Southern Trust Mortgage, LLC.

**IT IS SO ORDERED**.

Signed: January 25, 2022

Graham C. Mullen
United States District Judge