# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00490-GCM-DSC

| | |
|---|---|
| JOHN RICHARD LOVE et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| SOUTHERN TRUST MORTGAGE LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on "Plaintiffs' Renewed Rule 12(B)(6) Motion to Dismiss Defendant's Misappropriation of Trade Secrets Counterclaim" (document #36).

On March 2, 2022, the parties filed their "Stipulation to Dismiss Cause of Action with Prejudice" (document #36) providing for dismissal with prejudice of Defendant's Misappropriation of Trade Secrets Counterclaim.

**IT IS THEREFORE ORDERED** that:

1. "Plaintiffs' Renewed Rule 12(B)(6) Motion to Dismiss Defendant's Misappropriation of Trade Secrets Counterclaim" (document #36) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: March 3, 2022

_____
David S. Cayer
United States Magistrate Judge